# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Antonio Carrillo Victoriano

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-4316-LL-DDL

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES the second Petition. This case is hereby closed.

**Date:** 9/8/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-4316-LL-DDL

Respondents:

Kristi Noem,
Secretary of the United States Department of Homeland Security (OHS), in their official capacity;

Todd Blanche,
Attorney General of the United States, in their official capacity;

Immigration and Customs Enforcement;

Todd Lyons,
Acting Director of the Los Angeles Field Office of the Immigration and Customs Enforcement, Department of Homeland Security, in their official capacity;

Ernesto Santa Cruz,
ICE Field Officer Director of the Los Angeles ICE Field Office, in their official capacity;

Sirce Owen,
Acting Director of Executive Office for Immigration Review (EOIR), in their official capacity;

Imperial Immigration Court;

Warden of the Imperial Processing Center